UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Granted
Susan J. Dlott
4/3/08

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR-1-00-070-2 |
| | : | |
| | : | **JOINT MOTION FOR STAY IN** |
| v. | : | **RULING ON A PRO SE MOTION** |
| | : | **FOR REDUCTION OF SENTENCE** |
| | : | |
| ANTONIO BLAIR | : | J. Dlott |

- - - - - - - - - - - - - - - - - - - - - -

The above named defendant has filed a *pro se* motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c). The government and the Federal Public Defender file this joint motion seeking a stay to allow time for both parties in conjunction with the Probation Department to review this defendant's case prior the Court ruling on the merits of the defendant's motion.

As noted in the Court's General Order No. 08-03 filed February 22, 2008, the United States Attorney's office, the Federal Public Defender, and the Probation Department have been conducting a review of potentially eligible defendants who may seek to have their sentences reduced under the retroactivity provision of 18 U.S.C. § 3582(c). To date, over 175 such cases have been reviewed with priority given to those whose prospective release may be imminent.

This defendant's case has not yet been reviewed. Upon review, the parties will be better able to inform the Court regarding both the defendant's eligibility for a reduction, and